# Order

Michigan Supreme Court
Lansing, Michigan

March 18, 2011

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

140808

PAUL G. GREEN II, as Personal
Representative of the Estate of PAUL
GERALD GREEN, Deceased,
            Plaintiff-Appellant,

v                                                           SC: 140808
                                                            COA: 289588
                                                            Berrien CC: 2004-003044-NH

CHARLES PIERSON, M.D., BARBARA
CARLSON, M.D., SOUTHWESTERN
MEDICAL CLINIC, P.C., RICHARD
KAMMENZIND, M.D., THOMAS POW,
M.D., GREAT LAKES HEART & VASCULAR
INSTITUTE, P.C., and LAKELAND
MEDICAL CENTER ST. JOSEPH,
            Defendants-Appellees,

and

HEALTHCARE MIDWEST INTERNAL
MEDICINE,
            Defendant.
_____/

        On March 10, 2011, the Court heard oral argument on the application for leave to appeal the February 9, 2010 judgment of the Court of Appeals.  On order of the Court, the application is again considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

        CAVANAGH, MARILYN KELLY, and HATHAWAY, JJ., would grant leave to appeal.



        I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 18, 2011

d0315

_____
Clerk